CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 13 2018

JULIA C. DUDLEY, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

SOLOMON CAESAR, )
)
Plaintiff, )
) Case No. 5:18cv00051
v. )
) By: Michael F. Urbanski
PRESIDENT DONALD J. TRUMP, et al., ) Chief United States District Judge
)
Defendants. )

## MEMORANDUM OPINION

Proceeding pro se, plaintiff Solomon Caesar filed the instant complaint, seeking leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1). Caesar's complaint, brought pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), names certain government officials, including the President and Vice President of the United States, as well as the Republican and Democratic Parties, and the United States Army, as defendants. After reviewing the complaint, the court concludes that this action must be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B).

Under 28 U.S.C. § 1915(e)(2)(B), district courts have a duty to screen initial filings and dismiss a complaint filed in forma pauperis at any time if the court determines that the action "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." Caesar's complaint is nonsensical. She claims defendants have conspired against her "in order to oppress [her] body and mind for their own profits and entertainment." She seeks $300 trillion in damages for a host of injuries such as the inability to produce emotions, manage

1

her own thoughts and memories, and grow her hair. This filing is frivolous and fails to state a claim for which relief can be granted.

Accordingly, plaintiff's application to proceed in forma pauperis will be **GRANTED** and this matter will be **DISMISSED** and **STRICKEN** from the active docket of the court.

An appropriate Order will be entered.

Entered: 03-13-2018

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge